**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-6252**

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

LEROY R. CHAMBERS, a/k/a Reggie Williams,

                                        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Terrence W. Boyle, Chief District Judge.  (CR-95-13-BO, CA-98-28-4-BO)

———————————

Submitted:  May 13, 1999                 Decided:  May 18, 1999

———————————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Leroy R. Chambers, Appellant Pro Se.  Fenita Morris Shepard, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy A. Chambers seeks to appeal the district court's order denying 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Chambers, Nos. CR-95-13-BO; CA-98-28-4-BO (E.D.N.C. Feb. 8, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED